United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER KAIDI,<br>Plaintiff,<br>v.<br>T-MOBILE USA, INC.,<br>Defendant. | Case No. 26-cv-05015-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Trina L. Thompson for consideration of whether the case is related to 3:26-cv-04412-TLT.

**IT IS SO ORDERED.**

Dated: September 29, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**